THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT L. POHL, Appellant.—

Present — Del Vecchio, J. P., Marsh, Witmer and Moule, JJ.